UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNELL HOLMES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. GARCIA, et al.,<br><br>　　　　　Defendants. | No. 1:19-cv-00555-AWI-HBK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR FAILURE TO OBEY COURT ORDERS AND LACK OF PROSECUTION<br><br>(Doc. No. 16)<br><br>CLERK OF COURT TO CLOSE CASE |

Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 5, 2020, the court issued an order to show cause directing plaintiff to show cause, within thirty days, why this case should not be dismissed for failure to prosecute and failure to comply with a court order. (Doc. No. 13). The court cautioned that Plaintiff's failure to respond to that order would "constitute another failure to comply with a court order and will result in dismissal of this case." (*Id.*) Plaintiff failed to comply or otherwise respond to the order. (*See* docket).

On May 3, 2021, the assigned magistrate judge issued findings and recommendations to dismiss without prejudice the instant action for lack of prosecution and failure to comply with

court orders. (Doc. No. 14.) Plaintiff has not objected to the findings and recommendations, and the opportunity to do so has lapsed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on May 3, 2021 (Doc. No. 16) are adopted in full.
2. This action is dismissed without prejudice for plaintiff's failure to obey court orders and lack of prosecution.

IT IS SO ORDERED.

Dated: June 1, 2021

SENIOR DISTRICT JUDGE

2